IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHANNON LENAHAN                                                                                    PLAINTIFF

v.                                              No. 4:04CV01468 GH

GORDON KERSEY                                                                                      DEFENDANT

## ORDER

By order filed on November 16th, the Court permitted plaintiff's counsel to withdraw on the grounds that plaintiff had ceased to communicate with them as of August 1st and that their numerous and varied attempts to locate him had been unsuccessful. The Court directed plaintiff to have his new counsel file an entry of appearance or to file a notice advising the Court and opposing counsel that he is proceeding pro se. He was advised that the failure to comply with that directive would result in dismissal of this case without prejudice for failure to comply with Local Rule 5.5(c)(2). In accordance with that order, the Clerk mailed a copy of that order to plaintiff at his last-known address on November 16th.

On December 2nd, the copy of the November 16th order mailed to plaintiff was returned to the Clerk's office with the notations "return to sender," "not deliverable as addressed," and "unable to forward" on the envelope. Under these circumstances, the case is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 7th day of December, 2005.

*George Howard Jr.*
UNITED STATES DISTRICT JUDGE